# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 20, 2021

## NO. 03-21-00092-CV

**Layne C. Moerbe, Appellant**

**v.**

**Ellonne M. Carter, Appellee**

**APPEAL FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the final decree of divorce signed by the trial court on November 4, 2020. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.